ACCEPTED

TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/12/2015 1:38:02 PM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

1/12/2015 1:38:02 PM

CATHY S. LUSK
Clerk

12 JANUARY 2014

Twelfth Court of Appeals
1517 W Front St Ste 354
Tyler TX 75702-7854

**Re: Larry Smith v. State**
   **12-13-00033-CR**

Please find enclosed a copy of the letter sent to Mr. Smith regarding his right to file a PDR along with a copy of the certified return receipt showing the mailing of the same.

Sincerely,

/s/Austin Reeve Jackson

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**A.** Signature

X ~~[signature]~~    ☒ Agent
                     ☐ Addressee

**B.** Received by *(Printed Name)* | **C.** Date of Delivery

1-8-15

1. Article Addressed to:

Larry Joe Smith
Inmate: 01835904
Duncan
1502 S 1st St.
Diboll, TX 75941

**D.** Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail®      ☐ Priority Mail Express™
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*

7012 2920 0002 1854 0551

PS Form **3811**, July 2013                Domestic Return Receipt

6 JANUARY 2015


Larry Joe Smith
Inmate: 01835904
Duncan Unit
1502 S 1st St
Diboll TX 75941-9668

<u>By Certified Mail</u>

**Re:  Appeal**

Mr. Smith:

Please find enclosed a copy of the opinion issued by the Twelfth Court of Appeals in your case. Because we waived the right to appeal and asked that this appeal be dismissed, the Court has done so.

You do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals should you desire to do so.  If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion.

As always, should you have any questions I will be happy to assist in any way that I can.


Sincerely,


Austin Reeve Jackson